| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) | INDIANA COMMERCIAL COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-1807-PL-026160 |

▮▮▮▮▮▮▮▮ ▮

Plaintiff,

v.

ST. VINCENT MEDICAL GROUP, INC.,
ST. VINCENT CARMEL HOSPITAL,
INC., AND HANNAH THORNTON, R.N.,
N.P.,

Defendants.

F I L E D
May 23, 2019
*Myla A. Eldridge*
CLERK OF THE COURT
MARION COUNTY
SW

### ORDER ON MOTION TO COMPEL PLAINTIFF TO EXECUTE WRITTEN AUTHORIZATIONS FOR RELEASE OF RECORDS

Defendants have filed their Motion to Compel Plaintiff to Execute Written Authorizations for Release of Records. Upon consideration of the Motion, the Court hereby ~~GRANTS~~ the Motion and ORDERS the ~~following~~: Plaintiff shall execute ~~the~~ written authorizations sent with Defendants' Discovery Requests ~~and attached~~ to Defendants Brief in support of the Motion. Plaintiff shall ~~provide the~~ fully executed releases within ~~5 days~~ following the date of this Order.

May 23, 2019
SO ORDERED this ___ day of May, 2019.

*Heather A. Welch*
Judge, Marion Superior Court Indiana
Commercial Court

> The Court hereby grants in part and denies in part Defendants' Motion to Compel. The Motion to Compel is denied as to the request for written authorizations as to PSI and ISMA. The Motion to Compel is granted as to Weissman and the authorization shall be signed no later than May 28, 2019.

EXHIBIT D