Littler Mendelson, PC
111 Monument Circle
Suite 702
Indianapolis, IN 46204

Peter T. Tschanz
317.287.3609 direct
317.287.3600 main
ptschanz@littler.com

June 6, 2019

**VIA FEDERAL EXPRESS**

Kathleen A. DeLaney
Christopher S. Stake
DELANEY & DELANEY
3646 N. Washington Blvd.
Indianapolis, Indiana 46205

The Positive Sobriety Institute, LLC
c/o CT Corporation System
208 South LaSalle St., Suite 814
Chicago, Illinois 60604

Re: ▮▮▮▮▮▮▮▮▮▮▮ *v. St. Vincent Medical Group, Inc., St. Vincent Carmel Hospital, Inc., and Hannah Thornton, R.N., N.P.*

This letter is to advise you that Defendants in the above captioned matter will be filing the attached *Application to Issue Authorizing Order Pursuant to 42 C.F.R. CH. I, Part 2, Subpart E* to obtain ▮▮▮▮▮▮▮▮▮▮▮ Treatment Records from the Positive Sobriety Institute, LLC ("PSI"). The Application will be filed in the United States District Court for the Northern District of Illinois, Eastern Division, and will be captioned: *Jane Doe v. St. Vincent Medical Group, Inc., St. Vincent Carmel Hospital, Inc., and Hannah Thornton, R.N., N.P.*

Pursuant to 42 C.F.R. § 2.64(b), ▮▮▮▮▮▮▮ and PSI will have an opportunity to file a written response to the Application, or to appear in person, for the limited purpose of providing evidence on the statutory and regulatory criteria for the issuance of the court order described in Section 2.64(b). To facilitate this process, Defendants will provide a cause number once the attached documents have been filed with the Court.

Please contact me with any questions.

Sincerely,

*/s/ Emily L. Connor*
Emily L. Connor
Peter T. Tschanz

EXHIBIT F

FIRMWIDE:164755101.1 077095.1031