IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE<br><br>   Plaintiff,<br><br> v.<br><br>ST. VINCENT MEDICAL GROUP, INC., ST. VINCENT CARMEL HOSPITAL, INC., AND HANNAH THORNTON, R.N., N.P.,<br><br>   Defendants. | CAUSE NO. 1:19-cv-03777 |

## ORDER ON APPLICATION TO ISSUE AUTHORIZING ORDER PURSUANT TO 42 C.F.R. CH. I, PART 2, SUBPART E

  This matter is before the Court on *Defendants' Application to issue an Authorizing Order pursuant to 42 Ch. I, Part 2, Subpart E*. (the "Application"). Upon consideration of the Application, the Court hereby **GRANTS** the Application and authorizes the production of Jane Doe's Positive Sobriety Institute, LLC treatment records pursuant to the terms of the Protective Order and Subpoena Duces Tecum attached to Defendants' Application.

  SO ORDERED this \_\_\_\_\_ day of June, 2019.

                     _____
                     Judge, United States District Court for the
                     Northern District of Illinois, Eastern Division